UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ADRIAN L. BROWN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TIM THRASHER,<br><br>　　　　　Defendant. | CASE NO. 3:17-CV-06072-RBL-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: MARCH 30, 2018 |

　　　Plaintiff Adrian L. Brown filed his complaint pursuant to 42 U.S.C. § 1983 in December of 2017. Dkt. 1. However, the Clerk noted that he had not paid the filing fee and filed an improper application for leave to proceed *in forma pauperis* ("application for IFP"), sending a letter to plaintiff explaining his deficiencies. Dkt. 3. The Clerk warned that plaintiff had until January 29, 2018, to file an amended application with a certified copy of his prison trust account or his action could face dismissal. *Id*. Plaintiff has failed to do so.

REPORT AND RECOMMENDATION - 1

1  Therefore, the Court recommends that plaintiff's application for IFP be denied and his
2  action be dismissed without prejudice. Plaintiff will then have leave to file a new application for
3  IFP and a new complaint.
4  Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
5  fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
6  6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
7  review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver
8  of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
9  *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
10 imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **March 30,**
11 **2018** as noted in the caption.
12 Dated this 2nd day of March, 2018.

J. Richard Creatura
United States Magistrate Judge