UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ADRIAN L. BROWN,

Plaintiff,

v.

TIM THRASHER,

Defendant.

CASE NO. 3:17-CV-06072-RBL-JRC

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J.

Richard Creatura, objections to the Report and Recommendation, if any, and the remaining

record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation.

(2)     The Court denies plaintiff's motion to proceed *in forma pauperis* (Dkt. 1) and

dismisses plaintiff's action without prejudice.

**DATED** this 30th day of March, 2018.

Ronald B. Leighton
United States District Judge